## 12887.   ZETTLER *v.* THE STATE.

A conviction of assault with intent to rape was authorized by the evidence; and the court did not err in overruling the motion for a new trial.

DECIDED DECEMBER 13, 1921.

Conviction of assault with intent to rape; from Effingham superior court — Judge Strange. August 18, 1921.

*J. Hartridge Smith,* for plaintiff in error.

*A. S. Anderson, solicitor-general,* contra.

BROYLES, C. J. The accused was convicted of an assault with intent to rape, and the only point made in the brief of his counsel is that under the evidence he was guilty of an assault and battery only. We cannot agree with this contention. The defendant's statement to the jury showed only an assault and battery, but from the evidence adduced it was for the jury to determine whether or not the assault and battery was committed

with the intent to rape, and, their determination of this question having been approved by the trial judge, this court is without authority to interfere.

*Judgment affirmed. Luke and Bloodworth, JJ., concur.*